UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14020-CIV-CANNON/Maynard

**MASON WOOLEY**,

    Plaintiff,

v.

**KILOLO KIJAKAZI**, Acting Commissioner
of Social Security Administration[1]

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff Mason Woolley's Motion to Change Venue (the "Motion") [ECF No. 10], filed on September 1, 2021.  On January 11, 2021, the Court referred this matter to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 2]. On September 1, 2021, Judge Maynard issued a Report and Recommendation ("R&R") recommending that the Motion be granted and that the case be transferred to the District of Massachusetts for further proceedings [ECF No. 12].  The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R [ECF No. 12 pp. 3].  Defendant did not file objections, and the period for doing so has expired.  *See* 28 U.S.C.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to Federal Rule of Civil Procedure 25(d), she is substituted for Andrew Saul as the Defendant. No further action need be taken to continue this suit consistent with the Social Security Act. *See* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

CASE NO. 21-14020-CIV-CANNON/Maynard

§ 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

The Court has reviewed the record in this case and is otherwise fully advised in the premises. Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion should be **GRANTED** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 12] is **ADOPTED**.

2. The Clerk shall **CLOSE** this case and take all necessary steps to ensure the prompt **TRANSFER** of the action to the United States District Court for the District of Massachusetts.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 5th day of October 2021.

                                                            **AILEEN M. CANNON**
                                                          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record